UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20065-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

LEEBERT RAMCHARAN
and EVERETT DONOVAN WILLIAMS,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Objections filed by Defendant Ramcharan [DE 352] and Defendant Williams [DE 355] to the Report and Recommendation (R&R) [DE 349] of the Honorable Chris M. McAliley. The R&R recommends that the Court deny Ramcharan and Williams's Motions to Suppress the Colombian wires [DE 297, 298], and Ramcharan's Motion to Suppress the Bahamian wires [DE 296]. The Court has reviewed Judge McAliley's thoughtful and thorough R&R and the objections the Defendants filed. The Government has not filed either objections or responses to the Defendants' objections.

The Defendants' factual positions and objections are not supported by the record and in some instances, for example, the assertion that the DEA assisted in preparing the written summaries of the intercepted telephone calls of the Pinder investigation, are without any evidentiary support whatsoever. Defendants' legal objections merely reassert their arguments presented to the Magistrate Judge. The Court has reviewed materials submitted regarding the Colombian wiretap argued on August 29, 2007, has reviewed the Report and Recommendation which correctly applies the law and articulates the reasons for denying an evidentiary hearing on the Colombian wiretaps, the transcript of the September 6, 2007 evidentiary hearing on the Bahamian wiretaps and the

exhibits introduced at that hearing, and the record in this case. The Court finds that the Magistrate Judge's factual findings are not only not clearly erroneous, they are amply supported by the record. Furthermore, the Magistrate Judge has correctly applied the law to the facts regarding both the Bahamian and Colombian wiretaps. Therefore, it is

ORDERED that the above-mentioned R&R of Magistrate Judge McAliley is RATIFIED, AFFIRMED, and made the Order of the District Court, to the effect as follows:

Defendant Ramcharan's Motion to Suppress Bahamian wires [DE 296] is DENIED;

Defendant Ramcharan's Motion to Suppress Colombian wires [DE 297] is DENIED; and

Defendant Williams's Motion to Suppress Colombian wires [DE 298] is DENIED.

DONE AND ORDERED in Miami, Florida, this 14th day of January, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Chris McAliley
All counsel of record